UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
13 MAR 19 AM 10: 31

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BLANCA ANGELICA TREJO (2),

    Defendant.

CASE NO. 13CR0469-L

DEPUTY

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

XX the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

XX of the offense(s) as charged in the Indictment:

    21:952 AND 960 - IMPORTATION OF MARIJUANA

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 18, 2013

M. James Lorenz
U.S. District Judge